PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Kevin Lynn Bufford     Case Number: 3:09-00041

Name of Judicial Officer: Honorable Aleta A. Trauger, U. S. District Judge

Date of Original Sentence: September 21, 2009

Original Offense: 18 U.S.C. §§ 922(g)(1) and 924, Convicted Felon in Possession of Firearm

Original Sentence: 39 months' custody; 3 years' supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: April 16, 2014

Assistant U.S. Attorney: To be determined     Defense Attorney: Caryll S. Alpert

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 25th day of March, 2015, and made a part of the records in the above case.

Aleta A. Trauger
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

Jon R. Hahn
U.S. Probation Officer

Place    Columbia, Tennessee

Date    March 24, 2015

ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1.    **Shall not commit another federal, state, or local crime:**

Kevin Lynn Bufford was arrested by the Franklin Police Department, Franklin, Tennessee, for Domestic Simple Assault on March 18, 2015. He is to appear in the Williamson County General Sessions Court on April 2, 2015.

**Compliance with Supervision Conditions and Prior Interventions:**

Kevin Lynn Bufford is employed and resides with the victim in this case in Maury County, Tennessee.

According to the offense report, Franklin Police Department were notified of a domestic situation on March 18, 2014, at 8:00 p.m. at Dillards Department Store, Cool Springs Galleria. An off duty officer was working security at the store and observed Mr. Bufford and the victim fighting. The officer reviewed the videotape of the incident in which Mr. Bufford grabbed the victim around the neck and threw her to the ground. The victim told police they got into an argument about money and as she was stepping away from Mr. Bufford, he stepped on her sandal and she fell to the ground.

This officer interviewed Mr. Bufford and the victim in this case on March 20, 2015. The victim had no signs of visible injury. The victim stated they were horse playing. She stated Mr. Bufford had money out to pay for an item she was about to purchase and she grabbed it out of his hands. Mr. Bufford went to retrieve it when they both went to the ground. She stated she was offered and refused to take out an order of protection. The victim posted Mr. Bufford's bond the next day, and they continue to share the same apartment. The victim does not wish to press charges and states this was just a big misunderstanding.

**U.S. Probation Officer Recommendation:**

Although this office considers domestic violence a serious risk issue, after talking with the victim, and her unwillingness to pursue the matter, it is recommended that Mr. Bufford be continued on supervised release and this matter be handled in the General Sessions Court.

The U.S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer