IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 3:09-cr-00041 |
| ) | Judge Trauger |
| KEVIN LYNN BUFFORD ) | |
| ) | |
| Defendant. ) | |

### **O R D E R**

It is hereby ORDERED that the revocation hearing scheduled for August 8, 2016 is RESET for August 9, 2016 at 1:30 p.m.

It is so **ORDERED.**

Enter this 29th day of July 2016.

_____
ALETA A. TRAUGER
U.S. District Judge